TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| **X** Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certificate<br>___ Supplement to ROA<br>___ Supplemental Certificate<br>___ Other: _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>L.J., et al.<br>v.<br>Ruth Massinga, et al. | District Court Case: JFM-84-4409<br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 11/3/09<br><br>2. Amended NOA | 4. Fees<br>___ no fee required<br>$5 filing fee:           paid    **X** unpaid<br>$450 docketing fee:   paid    **X** unpaid<br>Pauper status:    granted    no ☐   pending   3 strikes? ☐ yes  **X** no<br>Does PLRA apply?           Yes   **X** no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: J. Frederick Motz | 5. Materials Under Seal in District Court?         yes   **X** no<br>Party Names Under Seal in District Court? ___  yes   **X** no |
| 6. Official Court Reporter(s)<br>Contract Court Reporter<br>Lisa Bankins<br>Gail Simpkins<br>Christine Asif<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>In-Court Hearing Held           **X** yes           no<br><br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness     Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**          TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT |
|---|---|
| Pleadings:         Vols. _____<br>Transcript:         Vols. _____<br>Exhibits :         Vols. _____<br>Depositions:         Vols. _____<br>State Ct. Record:   Vols. _____<br>Sealed:         Vols. _____<br>No. of Boxes   _____ | Pleadings:         Vols. _____<br>Transcript:         Vols. _____<br>Exhibits:         Vols. _____<br>Depositions:         Vols. _____<br>State Ct. Record:   Vols. _____<br>Sealed:         Vols. _____<br>No. of Boxes   _____ |

Deputy Clerk: Stephanie L. Savoy          Phone:    (410) 962-3928          Date: November 4, 2009