Filed: November 4, 2009

```
              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT
```

_____

No. 09-2259
(1:84-cv-04409-JFM)

_____

L.J.,

        Plaintiff - Appellee

v.

RUTH MASSINGA; BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES; MARYLAND DEPARTMENT OF HUMAN RESOURCES,

        Defendants - Appellants

_____

NOTICE OF APPELLATE CASE OPENING
_____

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:84-cv-04409-JFM |
| Date notice of appeal filed in originating court | 11/03/2009 |
| Appellant(s) | Ruth Massinga, et al |
| Appellate Case Number | 09-2259 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |

The above-captioned case has been opened in this Court.