# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF | 101 WEST LOMBARD STREET |
| SUSAN K. GAUVEY | BALTIMORE, MARYLAND 21201 |
| U.S. MAGISTRATE JUDGE | MDD_skgchambers@mdd.uscourts.gov |

July 23, 2025

TO: **ALL COUNSEL OF RECORD FOR DEFENDANTS**

    Re: L.J, et al v. Baltimore City Department of Social Services et al., Civil Case No. SAG-84-4409

Dear Counsel:

    I am rescheduling the in-person conference in this case, with counsel and clients, to **Monday, August 18, 2025,** at **10:00 a.m.** I ask counsel to hold August 26, 2025 in reserve. The courtroom will be determined at a later date; parties will be notified via email.

    Notwithstanding the informal nature of this letter, it is an Order of the Court, and the Clerk is directed to docket it as such.

                                 Sincerely yours,

                                 /s/

                               Susan K. Gauvey
                               United States Magistrate Judge